# First District Court of Appeal
## State of Florida

_____

No. 1D2023-1349
_____

Floyd Spivey,

    Appellant,

v.

State of Florida,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
Shonna Young Gay, Judge.

May 31, 2024


Per Curiam.

    Affirmed.

Kelsey, Winokur, and Nordby, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Floyd Spivey, pro se, Appellant.

Ashley Moody, Attorney General, and Holly N. Simcox, Assistant Attorney General, Tallahassee, for Appellee.